# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

A.B., By and Through his Parents and
Natural Guardians, F.B. and N.V.,

     Plaintiffs,

       v.

PLEASANT VALLEY SCHOOL
DISTRICT,

     Defendant.

NO. 3:17-CV-2311

(JUDGE CAPUTO)

## <u>ORDER</u>

**NOW**, this 25th day of April, 2018, **IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. 7) filed by Defendant Pleasant Valley School District is **DENIED**.

              /s/ A. Richard Caputo
              A. Richard Caputo
              United States District Judge