# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

A.B., by and through his Parents and Natural Guardians, F.B. and N.V.,

    Plaintiffs,

v.

PLEASANT VALLEY SCHOOL DISTRICT,

    Defendant.

NO. 3:17-CV-02311

(JUDGE CAPUTO)

## ORDER

**NOW**, this 28th day of June, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion for Attorneys' Fees and Costs (Doc. 24) filed by Plaintiff A.B. is **GRANTED in part**.

(2) Judgment is **ENTERED** in favor of A.B. and against Defendant Pleasant Valley School District on the claim for attorneys' fees and costs alleged in the Complaint (Doc. 1 at 6).

(3) A.B. is awarded $64,999.39 in attorneys' fees and $1,312.67 in costs.

(4) As no claims remain, the Clerk of Court is directed to mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge